In the Matter of IRVING LANZER, Respondent, against FREDERICK A. MORAN et al., Constituting the Board of Parole in the Executive Department of the State of New York, et al., Appellants.— Appeal from order denying appellants' motion to vacate and set aside an order which granted petitioner-respondent's application and directed his reinstatement as a parole officer in the Division of Parole, Executive Department, State of New York. The original order of the Special Term, which granted petitioner-respondent's application and directed his reinstatement is also before this court upon appeal and, by decision handed down herewith (*ante*, p. 947), is being reversed. Under these circumstances the instant appeal from the order denying a motion to vacate the same should be dismissed as academic. Appeal dismissed, without costs. All concur. [See 269 App. Div. 720.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH LESSER, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.— Appeal from an order dismissing a writ of habeas corpus. Order affirmed, without costs. Hill, P. J., Bliss, Heffernan and Foster, JJ., concur; Brewster, J., taking no part.

In the Matter of the Claim of MARY GEORGE, Respondent, against WEST VIRGINIA PULP & PAPER COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision of the State Industrial Board under the Workmen's Compensation Law denying appellant's application to suspend payment of death benefits to the dependent mother of a deceased employee on the alleged ground that she was no longer dependent. Decision affirmed, with costs to the State Industrial Board. All concur.

THORNTON HUNTER, Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 843.) THORNTON HUNTER, as Administrator of the Estate of GALENA HUNTER, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 844.) JOHN MARTIN, as Administrator of the Estate of BERNARD MARTIN, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 845.) JOHN MARTIN, as Administrator of the Estate of ALDA MARTIN, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Motion No. 846.) — Appeals from orders of the Court of Claims which denied motions by appellants for permission to file notices of claim. These three death claims and one personal injury claim arise out of an accident which happened on October 2, 1941, in the town of Parishville, St. Lawrence County, when an automobile in which the individual claimant and the claimants' intestates were riding ran off a State highway and fell into a reservoir. The claimants' attorneys were retained about December 5, 1941, and their preliminary investigations failed to reveal the alleged liability on the part of the State. They first learned this fact on May 1, 1942, and made their motions on June 19, 1942. In the three death cases the beneficiaries of the claimants include eleven small children. Written notice of claimants' intention to file a claim was not filed within ninety days of the appointment of the administrators, which appointments were made on November 12, 1941, and November 17, 1941. The State police made a thorough investigation of the accident and considerable publicity was given to the accident in the newspaper in the city where the State Department of Public Works Division office is located. The Court of Claims denied the motions to file these notices of intention. Orders reversed on the law and facts, with twenty-five dollars costs and disbursements in each claim, and motions granted. All concur. [See *post*, p. 1073.]